IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:25-cr-38 |
| v. | (18 U.S.C. §§ 2422(a) and 2) |
| DONTE LASHAWN COLE | |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

In and around May of 2023, in the Western District of Pennsylvania and elsewhere, the defendant, DONTE LASHAWN COLE, attempted to and did knowingly persuade, induce, entice and coerce Jane Doe No. 1 and Jane Doe No. 2, both adult females, to travel in interstate commerce with the intent that they engage in prostitution.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of the Information are incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422, the defendant, DONTE LASHAWN COLE, shall forfeit to the United States of America any property that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, or any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158